UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| DOCTOR B. JONES, JR. )<br>       Plaintiff, )<br>)<br>v. )<br>)<br>)<br>RICHARD V. SPENCER, *Secretary, U.S.*, )<br>*Department of the Navy* )<br>       Defendant. ) | **JUDGMENT**<br><br>No. 4:17-CV-145-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 16, 2018, and for the reasons set forth more specifically therein, that the defendant's motion to dismiss is GRANTED and Plaintiff's claims are DISMISSED against defendant.

**This Judgment Filed and Entered on August 16, 2018, and Copies To:**
Ernest J. Wright  (via CM/ECF Notice of Electronic Filing)
Rudy E. Renfer  (via CM/ECF Notice of Electronic Filing)

August 16, 2018                      PETER A. MOORE, JR., CLERK
                                                /s/ Sandra K. Collins
                                               (By) Sandra K. Collins, Deputy Clerk